No. 78–5319. AUTEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5325. DOBSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5353. CAMPBELL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 77–1756. SHERWOOD v. UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the petition and reverse the conviction.

No. 77–6946. ALLEN ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the petition and reverse the conviction.

No. 77–6962. WOOD v. GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the petition and reverse the conviction.

No. 78–131. MASCOLO ET AL. v. MASSACHUSETTS. Ct. App. Mass. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the petition and reverse the conviction.

No. 78–207. DOBBS v. GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the petition and reverse the conviction.